# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-2525
LT Case No. 2018-DR-1202

_____

ANGELA T. ZWARYCZ,

    Appellant,

    v.

ROBERT W. ZWARYCZ,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Susan Stacy, Judge.

Roberta G. Mandel, of Mandel Law Group, P.A., Miami, for
Appellant.

Dayna Maeder, of Shannin Law Firm, P.A., Orlando, for
Appellee.

June 4, 2024

PER CURIAM.

    AFFIRMED.

LAMBERT, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____